

No. 13–0066/AR.   U.S. v. Adam R. Thibeault.   CCA 20100511.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 6, 2012.

Misc. No. 13–8009/AR.   Nidal M. Hasan, Appellant v. Gregory Gross, Colonel, U.S. Army, Military Judge, Appellee.   CCA 20120876.   Notice is hereby given that a motion to stay proceedings was filed by Appellant on this date.

No. 12–0398/AR.   U.S. v. Ryan A. Bowersox.   CCA 20100580.   Appellant's motion to extend time to file a reply brief granted, *up to and including October 24, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0069/AF.   U.S. v. Derek S. Conley.   CCA S32023.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 7, 2012.

No. 13–0072/AF.   U.S. v. Richard B. Whitmill.   CCA 37805.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 7, 2012.

No. 13–0074/AF.   U.S. v. Hernan A. Ruiz–Martinez.   CCA S31909.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 7, 2012.